**WAKEMAN GRIFFIN GRIBBEL, et al., as Executors, etc., v. T. N. HENDERSON JR., et al.**

14 So. (2nd) 809                                      June Term, 1943
July 16, 1943                                               En Banc
Rehearing Denied September 10, 1943

*Carl T. Hoffman, L. L. Robinson, Sam C. Matthews,* and *J. Lewis Hall,* for petitioners.

*Tillman & Henderson,* and *Mabry, Reaves, Carlton & White,* for respondents.

ON REHEARING GRANTED

PER CURIAM:

A rehearing having been granted and the Court having heard oral argument and further considered the record and briefs, it is ordered that we now adhere to our former judgment.

TERRELL, BROWN, CHAPMAN, THOMAS and ADAMS, JJ., concur.

BUFORD, C. J., dissents.

SEBRING, J., not participating.

BUFORD, C. J., dissenting:

On reconsideration of this case, I do not think that the allegations of the bill of complaint are sufficient to show that the defendant-Executors under the Gribbel will are barred from pleading the statute of non-claim. It is my opinion that the plea of non-claim either presented an issue with the burden of proof on the defendant, or else presented a condition requiring amendments to the bill of complaint as replications are no longer available.

So the order striking the plea should be quashed.